# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**SR 906-495**

**Effective Date of Registration:**
July 15, 2021

**Registration Decision Date:**
September 02, 2021

## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

| | |
|---|---|
| **Group Title:** | Works published on the album Built for Comfort (Part 1) |
| **Album Title:** | Built for Comfort (Part 1) |
| • **Title of Work:** | Introduction-I'm Home!, Album Track Number 1 |
| • **Title of Work:** | Bult for Comfort, Not for Speed, Album Track Number 2 |
| • **Title of Work:** | Men Will Screw Mud, Album Track Number 3 |
| • **Title of Work:** | We Have to be Kinder, Album Track Number 4 |
| • **Title of Work:** | Women Are Hornier than Men, Album Track Number 5 |
| • **Title of Work:** | You grow it, talk to it, give it a Name, Album Track Number 6 |
| • **Title of Work:** | Friends for different purposes, Album Track Number 7 |
| • **Title of Work:** | Women Have a Secret Life, Album Track Number 8 |
| • **Title of Work:** | Dukes of Hazzard, Album Track Number 9 |
| • **Title of Work:** | Tell that Bitch I Moved, Album Track Number 10 |
| • **Title of Work:** | The First Time Snap Spoke, Album Track Number 11 |
| • **Title of Work:** | The Difference, Album Track Number 12 |
| • **Title of Work:** | The Bone List, Album Track Number 13 |
| • **Title of Work:** | Feed Me Seymour!, Album Track Number 14 |
| • **Title of Work:** | I Know What I Like, Album Track Number 15 |
| • **Title of Work:** | High School Sweetheart, Album Track Number 16 |
| • **Title of Work:** | Don't Neglect Your Sisters, Album Track Number 17 |
| • **Title of Work:** | Now I Can Bang Her, Album Track Number 18 |
| • **Title of Work:** | Tap, Tap, Album Track Number 19 |
| • **Title of Work:** | Strike Oil?, Album Track Number 20 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion for the Works Published on the Album:** | 1999 |
| **Date of First Publication for the Album:** | January 01, 1999 |
| **Nation of First Publication:** | United States |
| **Works released on a digital album:** | No |
| **Works released on a physical product:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**SR 906-492**

**Effective Date of Registration:**
July 19, 2021
**Registration Decision Date:**
September 02, 2021

## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

| | |
|---|---|
| **Group Title:** | Works published on the album The Reality Chick (Part 1) |
| **Album Title:** | The Reality Chick (Part 1) |
| • **Title of Work:** | You Broke It, You Bought It, Album Track Number 1 |
| • **Title of Work:** | All About Cute, Album Track Number 2 |
| • **Title of Work:** | Freaky Stuff, Album Track Number 3 |
| • **Title of Work:** | Ho In Honesty/Define Chronic, Album Track Number 4 |
| • **Title of Work:** | You Can Not change A Man, Album Track Number 5 |
| • **Title of Work:** | Whose Side Are You On?, Album Track Number 6 |
| • **Title of Work:** | Mrs. Robinson, Album Track Number 7 |
| • **Title of Work:** | God Is A Bargain Shopper, Album Track Number 8 |
| • **Title of Work:** | Decide Your Sexuality, Album Track Number 9 |
| • **Title of Work:** | It Happened In A Von's, Album Track Number 10 |
| • **Title of Work:** | Einstein Of Love, Album Track Number 11 |
| • **Title of Work:** | Men Want 3 Things/Different Forms Of Love, Album Track Number 12 |
| • **Title of Work:** | Women Are Insecure/The Bone List, Album Track Number 13 |
| • **Title of Work:** | The "Ants", Album Track Number 14 |
| • **Title of Work:** | It Won't Blow Over/Peace Will Be Restored In The Land, Album Track Number 15 |
| • **Title of Work:** | We Need Evidence, Album Track Number 16 |
| • **Title of Work:** | Ballerina Gone Bad, Album Track Number 17 |
| • **Title of Work:** | Choose Your Battles, Album Track Number 18 |
| • **Title of Work:** | Detonation, Album Track Number 19 |
| • **Title of Work:** | Men Are Zen, Album Track Number 20 |

### Completion/Publication

| | |
|---|---|
| Year of Completion for the Works Published on the Album: | 2002 |
| Date of First Publication for the Album: | January 01, 2003 |
| Nation of First Publication: | United States |
| Works released on a digital album: | Yes |
| Works released on a physical product: | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**SR 906-514**

**Effective Date of Registration:**
July 16, 2021
**Registration Decision Date:**
September 02, 2021

---

## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

| | |
|---|---|
| **Group Title:** | Works published on the album Built for Comfort (Part 2) |
| **Album Title:** | Built for Comfort (Part 2) |
| • **Title of Work:** | Smuggling Tribbles, Album Track Number 21 |
| • **Title of Work:** | Boone's Farm Strawberry Hill, Album Track Number 22 |
| • **Title of Work:** | Never Shave Off All of Your Pubic Hair, Album Track Number 23 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion for the Works Published on the Album:** | 1999 |
| **Date of First Publication for the Album:** | January 01, 1999 |
| **Nation of First Publication:** | United States |
| **Works released on a digital album:** | No |
| **Works released on a physical product:** | Yes |

### Author

| | |
|---|---|
| • **Author:** | Monique Marvez |
| **Author Created:** | Sound recording(s): All Tracks Being Registered |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Monique Marvez |
| | 40 Exchange Place, Suite 1800, New York, NY, 10005, United States |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**SR 913-256**

**Effective Date of Registration:**
September 02, 2021

**Registration Decision Date:**
November 30, 2021

---

## Copyright Registration for a Group of Works Published on the Same Album
Registration issued pursuant to 37 C.F.R. § 202.4(k)

### Titles

|                    |                                                              |
|-------------------:|--------------------------------------------------------------|
|       Group Title: | Works published on the album The Reality Chick (Part 2)      |
|       Album Title: | The Reality Chick (Part 2)                                   |
|   • Title of Work: | Possum Sex, Album Track Number 21                            |
|   • Title of Work: | The Woody Doesn't Lie, Album Track Number 22                 |
|   • Title of Work: | My Dog Is Italian, Album Track Number 23                     |
|   • Title of Work: | Official End of the Fight, Album Track Number 24             |
|   • Title of Work: | No Bad Oral Sex/Dick Dessert, Album Track Number 25          |
|   • Title of Work: | Best Pieces of Advice, Album Track Number 26                 |

### Completion/Publication

| | |
|---:|---|
| Year of Completion for the Works Published on the Album: | 2002 |
| Date of First Publication for the Album: | January 01, 2003 |
| Nation of First Publication: | United States |
| Works released on a digital album: | Yes |
| Works released on a physical product: | Yes |

### Author

| | |
|---:|---|
| • Author: | Monique Marvez |
| Author Created: | Sound recording(s): All Tracks Being Registered |
| Work made for hire: | No |
| Citizen of: | United States |

### Copyright Claimant

Page 1 of 2

**Copyright Claimant:** Monique Marvez
40 Exchange Place, Suite 1800, New York, NY, 10005, United States

## Rights and Permissions

**Organization Name:** Boddie & Associates PC
**Name:** Corey D Boddie
**Email:** corey@boddieassoc.com
**Telephone:** (917)292-4852
**Address:** 40 Exchange Place
Suite 1800
New York, NY 10005 United States

## Certification

**Name:** Monique Marvez
**Date:** September 02, 2021

---

**Copyright Office notes:** Regarding group registration: A group of sound recordings and any associated literary, pictorial, or graphic works may be registered in Class SR under 37 C.F.R. 202.4(k) if the following requirements have been met: 1) all of the works must be contained on the same album, as defined in 37 C.F.R. 202.4(k)(1)(i); 2) the group may include up to twenty sound recordings, together with any associated literary, pictorial, or graphic works included with the same album; 3) all the works in the group must be published on the same album and on the same date, all the works must be first published in the same country, and the date and nation of first publication for the album must be specified in the application; 4) the application must provide the title for the album and a title for each work in the group; 5) all the works in the group must be created by the same author, or the works must have a common joint author; 6) the copyright claimant or co-claimants for all of the works in the group must be the same person or organization; and 7) the works may be registered as works made for hire if they are identified in the application as such.