## LICENSE AGREEMENT

This Agreement ("Agreement") is entered into as of March 6, 2000, by and between Comedy World, Inc., its agents, successors, licensees and assigns (collectively "Licensee"), a Delaware corporation, with offices located at 5333 McConnell Avenue, Los Angeles, California 90066, Attention: Jody Sherman, and Uproar Entertainment, ("Owner"), a California corporation, with offices located at 3003 Twin Lake Ridge, Westlake Village, California 91361.

IN CONSIDERATION OF the mutual covenants herein contained, and other good and valuable consideration, the parties hereto agree as follows:

1. License.

Owner hereby grants and assigns to Licensee an exclusive, irrevocable license to use, edit, modify, include, incorporate, adapt, record for broadcast only (including terrestrial radio, satellite radio and Internet), and repurpose the Materials (as defined in Paragraph 2 herein) in any manner whatsoever, provided that the intent of the Materials is not substantially altered. The rights granted hereunder pursuant to such license shall include all rights to produce for broadcast only, exhibit, transmit, cybercast, broadcast, advertise, market, publicize, promote and sublicense (provided Licensee's brand is associated with such subbrand) the Materials on terrestrial radio, satellite radio and Internet and in connection with all derivative works based thereon, in any and all languages, by and in any and all means, devices, media, now known and later devised (other than downloading devices), throughout the universe for the Term (as defined in Paragraph 3 herein). Notwithstanding the foregoing, Owner acknowledges and agrees that Licensee shall have no obligation to actually make use of the Materials and/or any of the rights granted hereunder to Licensee. It is understood that download rights are not included as Owner has a preexisting exclusive downloading agreement with Laugh.com.

2. Materials.

The "Materials" shall be as set forth on Schedule "A" attached hereto, as such Schedule may be modified from time to time, and shall include all comedy materials now owned and/or controlled or hereafter acquired and/or controlled by Owner. Notwithstanding the foregoing, Owner shall retain the exclusive right to use the Materials on morning radio "drop ins" and on "5:00 p.m. Funnies-type shows" including terrestrial radio, Internet and satellite radio. For avoidance of doubt, Licensee shall have the right to use the Materials on morning "drop ins" and on "5:00 Funnies-type shows" on its network via terrestrial radio, satellite radio and the Internet.

1



EXHIBIT B

12

7. <u>Non-Disclosure</u>.

(a) Owner shall not, at any time before, during or after the Term, disclose, use, transfer or sell, any confidential information or proprietary data of Licensee (the "Information"), as further defined herein, so long as such Information remains confidential and has not been disclosed or is not otherwise in the public domain, except as required by law or pursuant to legal process. The "Information" as referenced herein shall be defined as any information contained herein and any other information concerning Licensee that may have been furnished to Owner or that will be furnished to Owner by Licensee, including but not limited to information regarding the nature and scope of the project Licensee is developing, programming information and related financial information, at any time on, before or after the date of this Agreement, together with any analyses, compilations, studies or other Materials (including data held in computerized form) prepared by Owner or its agents or representatives which contain or otherwise reflect such information.

(b) Licensee shall not, at any time before, during or after the Term, disclose, use, transfer or sell, any confidential information or proprietary data of Owner (the "Information"), as further defined herein, so long as such Information remains confidential and has not been disclosed or is not otherwise in the public domain, except as required by law or pursuant to legal process. The "Information" as referenced herein shall be defined as any information contained herein and any other information concerning Owner that may have been furnished to Licensee or that will be furnished to Licensee by Owner, including but not limited to information regarding the nature and scope of the project Owner is developing, programming information and related financial information, at any time on, before or after the date of this Agreement, together with any analyses, compilations, studies or other Materials (including data held in computerized form) prepared by Licensee or its agents or representatives which contain or otherwise reflect such information.

8. <u>Representations, Warranties, Indemnities</u>.

(a) Owner represents and warrants that: Owner has the right, power and authority to enter into this Agreement and grant the rights granted to Licensee hereunder; Owner is the owner and copyright holder of the Materials; the Materials are not defamatory nor do they infringe any trade name, trademark or copyright; the Materials do not invade or violate any right of privacy, personal or proprietary right, or other common law or statutory right.

(b) Owner agrees to indemnify, defend, hold harmless, release and discharge Licensee from any and all losses, damages, liabilities, costs and expenses (including reasonable attorneys fees) arising out of, created by, or in connection with the rights granted to Licensee or any material breach by Owner of its representations and warranties.

3

14

9. **Loan of Original Materials.**

Owner agrees to provide Licensee with a loan of a master copy of the original Materials for duplication. Licensee shall return the master copy of the original Materials to Owner as soon as reasonably practicable.

10. **Assignment.**

Owner may assign its rights hereunder to an entity that acquires all or substantially all of Owner's assets; provided that Owner obtains Licensee's prior written approval, which approval shall not be unreasonably withheld. Licensee may assign its rights hereunder to an entity that acquires all or substantially all of Licensee's assets; provided that Licensee obtains Owner's prior written approval, which approval shall not be unreasonably withheld.

11. **Notices.**

Any notice required to be sent hereunder shall be in writing, delivered by hand, facsimile (with a copy by registered mail) or by registered mail at the address of each party set forth above.

12. **Remedies.**

Owner agrees that, other than Paragraphs 1 and 7, a breach by Licensee hereunder shall not create irreparable damage to Owner sufficient to entitle Owner to seek or obtain equitable relief (including, without limitation, injunctive relief) nor to restrain or otherwise impair the production, distribution, exploitation, advertising, promotion or publicity of any of Licensee's productions and/or properties or any of the rights therein or in connection therewith. The waiver of a breach of any provision of this Agreement will not operate or be interpreted as a waiver of any other or subsequent breach.

13. **Governing Law.**

This Agreement is governed by and is to be construed and enforced in accordance with the law of the United States of America and the law of the State of California. If under such law, any portion of this Agreement is at any time deemed to be in conflict with any applicable statute, rule, regulation or ordinance, such portion shall be deemed to be modified or altered to conform thereto or, if that is not possible, to be omitted from this Agreement; the invalidity of any such portion shall not affect the force, effect and validity of the remaining portion hereof.

14. **Binding Effect.**

This Agreement shall be binding upon and shall inure to the benefit of Licensee, its successors and assigns.

4

Howard Levine

Page 2

| CATALOG # | TITLE | ARTIST |
|---|---|---|
| UP3789 | "THE GREAT WHITE STANHOPE" | DOUG STANHOPE |
| UP3790 | "COMEDY YOU CAN DANCE TO" | KATE CLINTON |
| UP3791 | "HEY! THEY'RE JUST JOKES" | WILLIE BARCENA |
| UP3792 | "DIGNITY UNDER DURESS" | MARYELLEN HOOPER |
| UP3793 | "GEORGE BURNS 100 YEARS, 100 STORIES" | JOHN BYNER w/intro by MILTON BERLE plus excerpts from BURNS & ALLEN RADIO SHOW |
| UP3794 | "CRANK(Y) CALLS" | JONATHAN WINTERS |
| UP3795 | "UNZIPPED" | PAT PAULSEN |
| UP3796 | "DUMB-ETTES" | RICH LITTLE |
| UP3797 | "BUILT FOR COMFORT" | MONIQUE MARVEZ |
| UP3798 | "'NUFF SAID" | CLINTON JACKSON |
| UP3799 | "LOVE, GROUCHO" | FRANK FERRANTE w/intro by DICK CAVETT |
| UP3800 | "KITTEN WITH A WIT" | ELVIRA KURT |
| UP3801 | "NEUROTIC BY NATURE" | MICHELE BALAN |
| UP3802 | "TOO MUCH MAN FOR JUST ONE WOMAN...AND OTHER LIES" | STEVE McGREW |
| UP3803 | "MERMAID" | ELLEN CLEGHORNE |
| UP3804 | "OUT OF BOUNDS" | BOBBY COLLINS |
| UP3805 | "BECAUSE I SAID SO" | MAGGIE CASSELLA |
| UP3806 | "I'M NOT CINDY BRADY" | SUZ. WESTENHOEFER |
| UP3807 | "TOTALLY NAKED" | ROBIN GREENSPAN |

**SPOKEN WORD HUMOR**

| UPR1001 | "THE COMEDIANS OF THE YEAR" 4 CASSETTE BOX SET/4 HOURS | JENI/CHO/REGAN/PINETTE |
| UPR1002 | "HILARITH: THE BEST OF LESBIAN HUMOR" 4 CASSETTE BOX SET/4 HOURS | WESTENHOEFER/GOMEZ/WILLIAMS/CLINTON |
| UPR1003 | "THE BEST OF LATINO HUMOR" 4 CASSETTE BOX SET/4 HOURS | FRANCISCO/BARCENA/MORENO/MAMITAS |
| UPR1004-2 | "GREAT AMERICAN HUMORISTS" 2 CD BOX SET | GEORGE BURNS/GROUCHO MARX |
| UPR1004-4 | "GREAT AMERICAN HUMORISTS" 2 CASSETTE BOX SET | GEORGE BURNS/GROUCHO MARX |

March CD Release
UP 3808 "Watch It Sucker" - Lawanda Page
UP 3809 "Mutha is Half a Word" - Lawanda Page
* Lawanda was/is Redd Foxx's sister "Aunt Esther" in Sanford + Son.

17

## **ADDENDUM**

This Agreement made this 3rd day of June, 2003 by and between MONIQUE MARVEZ (referred to as "Artist") and UPROAR ENTERTAINMENT (referred to as "Uproar") hereby amends the Agreement between Artist and Uproar dated December 26th, 1997 as follows:

1. All terms and conditions of the 12/26/1997 Agreement shall apply to the Sound Recording "The Reality Chick" by Monique Marvez, which was recorded at The Ice House in December 2002 with the following exceptions:
   - The advance shall be paid in the amount of 100 finished CD's of UP3797, 50 of which have been delivered as of the date of this signing; 50 more to be delivered up execution of this Addendum.
   - Recoupable expenses are not to exceed the amount of $2500.00. Invoices for said expenses will be provided upon request.
   - Paragraph 10 of the 12/26/1997 Agreement is hereby amended to read: Uproar shall provide Artist with fifty (50) free copies of the album (no royalties due) and will sell unlimited additional copies to Artist at $6.00 each with no additional royalties due.

ARTIST                                           UPROAR ENTERTAINMENT

BY:_____          BY:_____
MONIQUE MARVEZ                            DAVID BROZEN
520 So. Kenmore
#103
Los Angeles CA 90020

SS# 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