# BODDIE & ASSOCIATES, P.C.

ATTORNEYS AT LAW
10940 WILSHIRE BOULEVARD, SUITE 1600
LOS ANGELES, CALIFORNIA 90024
(310) 873-3722
FAX (323) 999-5143

COREY D. BODDIE*
ARTHUR WEMEGAH
JIN HYOKEUN
CRISTINA PANA
ADMITTED IN CALIFORNIA

OF COUNSEL
JASON WARE
JIN CHOI
ADMITTED IN GEORGIA
DANA HENRY
ADMITTED IN LOUISIANA

*ADMITTED IN CALIFORNIA, GEORGIA AND NEW YORK

ATLANTA, GA OFFICE:
(770) 996-6702
FAX (646) 349-2933

NEW YORK, NY OFFICE:
(212) 480-7652
FAX (646) 349-2933

September 10, 2021

Uproar Entertainment
3663 Twin Lake Ridge
Westlake Village, CA 91361

VIA CERTIFIED MAIL & EMAIL

RE: **TAKE DOWN NOTICE AND DEMAND LETTER FOR AN ACCOUNTING AND DAMAGES REGARDING COPYRIGHT INFRINGEMENT ON BEHALF OF MONIQUE MARVEZ**

Dear Ms. Drozen:

We are the attorneys representing Ms. Monique Marvez, the owner of the copyrights in the works embodied in the albums *"Built for Comfort"* Copyright Registration Number SR 906-495 and *"The Reality Chick"* Copyright Registration Number SR 906-492. On December 26, 1997 and through an addendum on June 3, 2003, Ms. Marvez and Uproar Entertainment executed an agreement (the "Agreement") whereby Uproar was given the exclusive right to reproduce, distribute and sale the Master Sound Recordings of *Built for Comfort* and *The Reality Chick*. No other rights were obtained by Uproar in the Agreement. The Agreement also outlines the royalty scale in which Ms. Marvez is to be paid (See attached Agreement). To date, Ms. Marvez has only been paid approximately $110.24 in royalties since the commencement of the Agreement. Also, it has come to our attention that YouTube, or another entity, has created an unauthorized channel whereby *Built for Comfort* and *The Reality Chick* are currently streaming. Ms. Marvez's consent for her name and likeness to be displayed on a YouTube channel was not given, nor was she contacted by Uproar regarding any such license with YouTube.

As previously stated, Uproar was given only the rights to reproduce, distribute and sale the works that embody *Built for Comfort* and *The Reality Chick*. Any other rights

claimed by Uproar would be unauthorized and an infringement. It is an infringement of Ms. Marvez's copyright to do any acts other the rights given to Uproar herein, in relation to the whole or a substantial part of the works, or license of the copyright owner.

It is our contention that Uproar has infringed upon the works embodied in *Built for Comfort* and *The Reality Chick* by failing to seek Ms. Marvez's permission to license any of her copyrights through the unauthorized use by YouTube and possibly other physical/digital platforms.

**Accordingly, we demand that Uproar and their affiliates immediately cease and permanently desist from any further use of the above mentioned copyrights for the works embodied in *Built for Comfort* and *The Reality Chick*. Also we demand you to provide an accounting of all monies received relating to the works embodied in *Built for Comfort* and *The Reality Chick* and pay all deprived monies due our clients based on the unauthorized and illegal use of our of her copyright. Such payment should be made to our California address listed above. If our office has not been contacted by you or we have not received the above referenced documentation and monies within three (3) days of receipt of this letter via email, we will seek immediate legal action against all liable parties. Please note, all such documentation requested herein shall not be altered, mutilated, concealed or destroyed. All future correspondence relating to our clients' should be directed to this office at the phone number above and to corey@boddieassoc.com.**

This letter is written without prejudice to any rights or remedies that Monique Marvez, may assert against Uproar Entertainement and all perspective defendants, whether at law, in equity or otherwise.

If you have any questions, please give us a call.

Sincerely,

Corey D. Boddie, Esq.