# BODDIE & ASSOCIATES, P.C.
ATTORNEYS AT LAW
10940 WILSHIRE BOULEVARD, SUITE 1600
LOS ANGELES, CALIFORNIA 90024
(310) 873-3722
FAX (323) 999-5143

COREY D. BODDIE*
ARTHUR WEMEGAH
JIN HYOKEUN
CRISTINA PANA
ADMITTED IN CALIFORNIA

OF COUNSEL
JASON WARE
JIN CHOI
ADMITTED IN GEORGIA
DANA HENRY
ADMITTED IN LOUISIANA

*ADMITTED IN CALIFORNIA, GEORGIA AND NEW YORK

ATLANTA, GA OFFICE:
(770) 996-6702
FAX (646) 349-2933

NEW YORK, NY OFFICE:
(212) 480-7652
FAX (646) 349-2933

October 12, 2021

Brooks Pierce
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401

VIA CERTIFIED MAIL & EMAIL

**RE:   MONIQUE MARVEZ vs. UPROAR ENTERTAINMENT**

Dear Mr. Hock and Mr. Ramsey:

We are in receipt of your September 22, 2021 letter. In our initial September 10, 2021 letter we demanded that "… **you to provide an accounting of all monies received relating to the works embodied in *Built for Comfort* and *The Reality Chick* and pay all deprived monies due our clients based on the unauthorized and illegal use of her copyright. Such payment should be made to our California address listed above.**" You only accounted for the monies received from YouTube. Also, you mentioned that $662.50 was credited against Ms. Marvez's recoupable expenses and advances. Ms. Marvez only received an advance of $1,000 in 1997, 100 CDs in 2003 and according to the 2003 Addendum, Uproar's recoupable expenses would not exceed $2,500. It seems as though Uproar's claim is that the total recoupment of $3,500 over a 24 year period has not been satisfied. This seems unbelievable to Ms. Marvez.

In addition, your September 22, 2021 letter does not address our concern of licensing the 2 albums to other entities and the harm caused to Ms. Marvez concerning the unauthorized YouTube Topic Channel propagated by Uproar. As the copyright owner, permission from Ms. Marvez is required, It has also been brought to our attention that in 2000, Uproar licensed several albums, including *Built for Comfort*, to Comedy World Inc. "to use, edit, modify, include, incorporate, adapt, record for broadcast

only…to repurpose material in any manner whatsoever…" Uproar only has the right to reproduce and distribute *Built for Comfort*. This unauthorized license grants rights Uproar that they themselves don't possess, such as the right to modify, edit or repurpose. Ms. Marvez's consent is needed for such license.

As previously stated, Uproar was given only the rights to reproduce, distribute and sale the works that embody *Built for Comfort* and *The Reality Chick*. Any other rights claimed by Uproar and granted to other entities would be unauthorized and an infringement. It is an infringement of Ms. Marvez's copyright to do any acts other than rights given to Uproar herein, in relation to the whole or a substantial part of the works, or license of the copyright owner.

Once again, it is our contention that Uproar has infringed upon the works embodied in *Built for Comfort* and *The Reality Chick* by failing to seek Ms. Marvez's permission to license any of her copyrights to third-party licensees.

**Accordingly, we demand that Uproar and their affiliates immediately cease and permanently desist from any further use of the above mentioned copyrights for the works embodied in *Built for Comfort* and *The Reality Chick* by these licensees. Also we demand you to provide an accounting of ALL monies received relating to the works embodied in *Built for Comfort* and *The Reality Chick*, SPECIFICALLY TO SHOW A FULL ACCOUNTING PROVING THAT THE ACCOUNT IS UNRECOUPED, and pay all deprived monies due our client based on the unauthorized and illegal use of our of her copyright. Such payment should be made to our California address listed above. If our office has not been contacted by you or we have not received the above referenced documentation and monies within three (3) days of receipt of this letter via email, we will seek immediate legal action against all liable parties. Please note, all such documentation requested herein shall not be altered, mutilated, concealed or destroyed. All future correspondence relating to our clients' should be directed to this office at the phone number above and to corey@boddieassoc.com. Also, please let me know if you will be accepting service on behalf of Uproar if this matter is litigated.**

This letter is written without prejudice to any rights or remedies that Monique Marvez, may assert against Uproar Entertainment and all perspective defendants, whether at law, in equity or otherwise.

If you have any questions, please give us a call.

Sincerely,

Corey D. Boddie, Esq.