

2000 RENAISSANCE PLAZA
230 NORTH ELM STREET
GREENSBORO, NC 27401

T 336.373.8850
F 336.378.1001
WWW.BROOKSPIERCE.COM

September 22, 2021

**VIA EMAIL**

Corey D. Boddie
Boddie & Associates, P.C.
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024a
corey@boddieassoc.com

### RE: Demand Letter on Behalf of Monique Marquez

Mr. Boddie:

      We represent Uproar Entertainment ("Uproar") and have received your September 10 letter demanding the removal of the works embodying performances by Monique Marvez from YouTube, and for an accounting of royalties owed to Ms. Marvez related to their display on the platform.

      As you know, Ms. Marvez entered into a Recording Agreement with Uproar (the "Agreement") under which Uproar has the exclusive right to market and distribute the Master Sound Recordings of the albums, "Built for Comfort," "The Reality Chick," and "Built for Comfort-Radio Version"[1] (collectively, the "Masters"). This right extends to distribution on "any sound recording form now known or unknown," which includes digital platforms like YouTube. As such, distribution of the Masters on YouTube is entirely appropriate and in no way infringes on Ms. Marvez's rights to the Masters. In addition, the use of Ms. Marvez's image on the album covers displayed alongside the Masters is permitted under the Agreement, which grants Uproar the right to use Ms. Marvez's name and likeness in connection with the Masters.

      Regarding royalties paid to Ms. Marvez in connection with distribution on YouTube, the Masters began to generate royalty income in connection with YouTube beginning in June 2019. While the Agreement, originally signed in 1997, does not address digital distribution, Uproar has paid Ms. Marvez royalties for digital distribution at a rate of 21.62% for "Built for Comfort" and "The Reality Chick," and a rate of 50% for "Built for Comfort-Radio Version." The 21.62% rate was established by Uproar when digital platforms first emerged in the industry as an equivalent or greater dollar amount to the 12% rate afforded to physical media (i.e., Ms. Marvez would earn the same royalty amount for sale of an album through iTunes or as a physical CD). Uproar opted to provide Ms. Marvez the 50% rate for "Built for Comfort-Radio Version" because it was equivalent to the rate Uproar provided to new clients in 2020, at the time that Master was created.

---

[1] "Built for Comfort-Radio Version" embodies the same sound recording as "Built for Comfort," re-tracked for radio distribution.

Page | 1

Writer's Direct Dial: 336-271-3177   Fax: 336-232-9177   Email: nhock@brookspierce.com
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
Attorneys and Counsellors at Law



2000 RENAISSANCE PLAZA
230 NORTH ELM STREET
GREENSBORO, NC 27401

T 336.373.8850
F 336.378.1001
WWW.BROOKSPIERCE.COM

To date, Uproar has received the following income in connection with the Masters' distribution on YouTube:

- Built for Comfort: $1,769.73
- The Reality Chick: $1,215.99
- Built for Comfort-Radio Version: $33.98

Based on the above royalty percentages, Ms. Marvez was credited with $662.50 out of this income (against any remaining recoupable expenses and advances). Attached are Royalty Statements from June 2019 to the present, which include payment of these amounts.

In summary, Uproar has not infringed on any rights held by Ms. Marvez by distributing the Masters via YouTube or any other digital platform. Further, it has paid and accounted to Ms. Marvez for all royalties earned in connection with this distribution.

Sincerely,

*Noah Hock*

Noah L. Hock
(336) 271-3177
nhock@brookspierce.com

Page | 2

Writer's Direct Dial: 336-271-3177     Fax: 336-232-9177     Email: nhock@brookspierce.com
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
Attorneys and Counsellors at Law



# Royalty Summary

## Activity From 4/1/2019 to 6/30/2019
## Monique Marvez

**Built for Comfort**

| | |
|---|---:|
| Beginning Balance: | ($3,187.98) |
| Accrued Royalty: | $8.18 |
| Advances Paid: | $0.00 |
| Distributions Paid: | $0.00 |
| Ending Balance: | ($3,179.80) |

**The Reality Chick**

| | |
|---|---:|
| Beginning Balance: | ($56.27) |
| Accrued Royalty: | $27.06 |
| Advances Paid: | $0.00 |
| Distributions Paid: | $0.00 |
| Ending Balance: | ($29.21) |

**Period Totals**

| | |
|---|---:|
| Royalties Accrued: | $35.23 |
| Advances: | $0.00 |
| Distributions: | $0.00 |
| Minimum Payment Threshold: | $25.00 |
| Due: | $0.00 |



## Royalty Summary

### Activity From 7/1/2019 to 9/30/2019
### Monique Marvez

| | | |
|---|---:|---:|
| **Built for Comfort** | *Beginning Balance:* | *($3,175.46)* |
| | *Accrued Royalty:* | *$17.75* |
| | *Advances Paid:* | *$0.00* |
| | *Distributions Paid:* | *$0.00* |
| | *Ending Balance:* | *($3,157.70)* |
| **The Reality Chick** | *Beginning Balance:* | *($23.37)* |
| | *Accrued Royalty:* | *$38.20* |
| | *Advances Paid:* | *$0.00* |
| | *Distributions Paid:* | *$0.00* |
| | *Ending Balance:* | *$14.83* |
| **Period Totals** | **Royalties Accrued:** | **$55.96** |
| | **Advances:** | **$0.00** |
| | **Distributions:** | **$0.00** |
| | **Minimum Payment Threshold:** | **$25.00** |
| | **Due:** | **$0.00** |
| | **Amount to Carry Forward:** | **$14.83** |



## Royalty Summary

### Activity From 10/1/2019 to 12/31/2019
### Monique Marvez

**Built for Comfort**

| | |
|---|---:|
| Beginning Balance: | ($3,154.86) |
| Accrued Royalty: | $8.14 |
| Advances Paid: | $0.00 |
| Distributions Paid: | $0.00 |
| Ending Balance: | ($3,146.73) |

**The Reality Chick**

| | |
|---|---:|
| Beginning Balance: | $17.41 |
| Accrued Royalty: | $33.44 |
| Advances Paid: | $0.00 |
| Distributions Paid: | $50.85 |
| Ending Balance: | $0.00 |

**Period Totals**

| | |
|---|---:|
| Royalties Accrued: | $41.57 |
| Advances: | $0.00 |
| Distributions: | $50.85 |
| Minimum Payment Threshold: | $25.00 |
| Due: | $0.00 |



## Royalty Summary

### Activity From 1/1/2020 to 3/31/2020
### Monique Marvez

| | | |
|---|---|---:|
| **Built for Comfort** | *Beginning Balance:* | ($3,118.06) |
| | *Accrued Royalty:* | $44.13 |
| | *Advances Paid:* | $0.00 |
| | *Distributions Paid:* | $0.00 |
| | *Ending Balance:* | ($3,073.92) |
| **The Reality Chick** | *Beginning Balance:* | $56.06 |
| | *Accrued Royalty:* | $46.08 |
| | *Advances Paid:* | $0.00 |
| | *Distributions Paid:* | $102.14 |
| | *Ending Balance:* | $0.00 |
| **Period Totals** | **Royalties Accrued:** | $90.21 |
| | **Advances:** | $0.00 |
| | **Distributions:** | $102.14 |
| | **Minimum Payment Threshold:** | $25.00 |
| | **Due:** | $0.00 |



## Royalty Summary

### Activity From 4/1/2020 to 6/30/2020
### Monique Marvez

| | | |
|---|---|---|
| **Built for Comfort** | Beginning Balance: | ($3,073.92) |
| | Accrued Royalty: | $27.32 |
| | Advances Paid: | $0.00 |
| | Distributions Paid: | $0.00 |
| | Ending Balance: | ($3,046.60) |
| **The Reality Chick** | Beginning Balance: | $0.00 |
| | Accrued Royalty: | $32.78 |
| | Advances Paid: | $0.00 |
| | Distributions Paid: | $32.78 |
| | Ending Balance: | $0.00 |
| **Period Totals** | Royalties Accrued: | $60.10 |
| | Advances: | $0.00 |
| | Distributions: | $32.78 |
| | Minimum Payment Threshold: | $25.00 |
| | Due: | $0.00 |



## Royalty Summary

### Activity From 7/1/2020 to 9/30/2020
### Monique Marvez

| | | |
|---|---|---|
| **Built for Comfort** | *Beginning Balance:* | *($3,046.60)* |
| | *Accrued Royalty:* | *$35.33* |
| | *Advances Paid:* | *$0.00* |
| | *Distributions Paid:* | *$0.00* |
| | *Ending Balance:* | *($3,011.27)* |
| **The Reality Chick** | *Beginning Balance:* | *$0.00* |
| | *Accrued Royalty:* | *$17.70* |
| | *Advances Paid:* | *$0.00* |
| | *Distributions Paid:* | *$0.00* |
| | *Ending Balance:* | *$17.69* |
| **Period Totals** | Royalties Accrued: | $53.03 |
| | Advances: | $0.00 |
| | Distributions: | $0.00 |
| | Minimum Payment Threshold: | $25.00 |
| | Due: | $0.00 |
| | Amount to Carry Forward: | $17.69 |



## Royalty Summary

### Activity From 10/1/2020 to 12/31/2020
### Monique Marvez

| | | |
|---|---|---:|
| **Built for Comfort** | *Beginning Balance:* | *($3,011.27)* |
| | *Accrued Royalty:* | *$30.50* |
| | *Advances Paid:* | *$0.00* |
| | *Distributions Paid:* | *$0.00* |
| | *Ending Balance:* | *($2,980.77)* |
| **The Reality Chick** | *Beginning Balance:* | *$17.69* |
| | *Accrued Royalty:* | *$43.50* |
| | *Advances Paid:* | *$0.00* |
| | *Distributions Paid:* | *$61.19* |
| | *Ending Balance:* | *$0.00* |
| **Period Totals** | **Royalties Accrued:** | **$74.00** |
| | **Advances:** | **$0.00** |
| | **Distributions:** | **$61.19** |
| | **Minimum Payment Threshold:** | **$25.00** |
| | **Due:** | **$0.00** |



## Royalty Summary

### Activity From 1/1/2021 to 3/31/2021
### Monique Marvez

| Built for Comfort | Beginning Balance: | ($2,971.87) |
|---|---:|---:|
| | Accrued Royalty: | $102.10 |
| | Advances Paid: | $0.00 |
| | Distributions Paid: | $0.00 |
| | Ending Balance: | ($2,869.77) |
| **Built For Comfort - Radio Version** | Beginning Balance: | $0.00 |
| | Accrued Royalty: | $0.00 |
| | Advances Paid: | $0.00 |
| | Distributions Paid: | $0.00 |
| | Ending Balance: | $0.00 |
| **The Reality Chick** | Beginning Balance: | $35.46 |
| | Accrued Royalty: | $37.72 |
| | Advances Paid: | $0.00 |
| | Distributions Paid: | $73.17 |
| | Ending Balance: | $0.00 |



## Royalty Summary

### Activity From 4/1/2021 to 6/30/2021
### Monique Marvez

| | | |
|---|---:|---:|
| **Built for Comfort** | *Beginning Balance:* | ($2,869.77) |
| | *Accrued Royalty:* | $48.92 |
| | *Advances Paid:* | $0.00 |
| | *Distributions Paid:* | $0.00 |
| | *Ending Balance:* | ($2,820.84) |
| **Built For Comfort - Radio Version** | *Beginning Balance:* | $0.00 |
| | *Accrued Royalty:* | $10.70 |
| | *Advances Paid:* | $0.00 |
| | *Distributions Paid:* | $10.70 |
| | *Ending Balance:* | $0.00 |
| **The Reality Chick** | *Beginning Balance:* | $0.00 |
| | *Accrued Royalty:* | $26.41 |
| | *Advances Paid:* | $0.00 |
| | *Distributions Paid:* | $26.41 |
| | *Ending Balance:* | $0.00 |