COREY D. BODDIE, SBN 289185
ATTORNEY AT LAW
BODDIE & ASSOCIATES, P.C.
10940 WILSHIRE BLVD, SUITE 1600
LOS ANGELES, CA 90024
TEL.: (310) 873-3722
FAX.: (323) 999-5143
COREY@BODDIEASSOC.COM

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MARVEZ, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>UPROAR ENTERTAINMENT, a California Corporation, YOUTUBE, LLC, a Delaware Limited Liability Company and DOES 1-20 INCLUSIVE,<br><br>             Defendant. | CASE NO. 2:22-cv-02866-SVW (MRW)<br><br>Date:       December 19, 2022<br>Time:       1:30 p.m.<br>Location:  Courtroom 10A<br>Judge:      Hon. Stephen V. Wilson<br><br>**OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>File Date:   April 29, 2022<br>Trial Date:  None |

### DECLARATION OF COREY D. BODDIE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

    1.    I am an attorney licensed to practice law in the State of California. I am the Owner and Principal of the law firm BODDIE & ASSOCIATES P.C. attorneys of record for Plaintiff MONIQUE MARVEZ, in the within civil proceeding. If called upon as a witness, I could and would competently testify to the following:

    2.    I make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

    3.    On or about November 10, 2022, Defendant, UPROAR ENTERTAINMENT, filed Notice of Motion and Motion to Dismiss.

4. On June 21, 2022, I received 9 financial statements from Defendant Uproar's counsel.

5. These financial statements appear to be invoices and statements on Uproar Entertainment heading.

6. No financial royalty statement or invoice was received by me for royalties attributed to YouTube royalties or payments.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 23 day of November 2022, at Los Angeles, California.

*/s/ Corey D. Boddie*
Corey D. Boddie

2

**DECLARATION OF COREY BODDIE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**